UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   8:25-cv-00336-DSF-KS                                                              Date: July 8, 2025

Title   *Shazer Fernando Limas v. Warden*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioners:                         Attorneys Present for Respondents:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 20, 2025, Petitioner, a California inmate housed at Calipatria State Prison and proceeding *pro se*, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (Dkt. No. 1.) The operative pleading is now the Second Amended Petition ("SAP"), filed on March 10, 2025. (Dkt. No. 9.)

On May 5, 2025, Respondent filed a Motion to Dismiss the SAP ("MTD") on the grounds that the SAP fails to state a viable claim for federal habeas relief and raises unexhausted claims. (Dkt. No. 12.) Pursuant to the Court's scheduling order, Petitioner's Opposition to the MTD was due 30 days later, on June 4, 2025. (Dkt. No. 10 at 3.) The Court's scheduling order further provided, in bold letters, that the "[f]ailure to file an Opposition to a Motion to Dismiss may be deemed consent to the granting of a motion. See Local Rule 7-12." (*Id.*)

More than a month has now passed since Petitioner's deadline to file an opposition. Petitioner has neither opposed the MTD nor requested an extension of time to do so.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a litigant "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Petitioner's failure to comply with the Court's scheduling order. Additionally, Local Rule 7-12 provides, in pertinent part, that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of [a] motion, . . . ." Consequently, the Court could also properly recommend that the MTD be granted based upon Petitioner's failure to file an opposition by the Court-ordered deadline. *Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:25-cv-00336-DSF-KS          Date: July 8, 2025

Title     *Shazer Fernando Limas v. Warden*

      However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE on or before August 7, 2025**, why the Court should not recommend that the action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure and/or the MTD be granted under Local Rule 7-12. Petitioner's response to this Order to Show Cause must include either: (1) a request for an extension of time to file an opposition accompanied by a sworn declaration **that establishes good cause** for both Petitioner's failure to timely respond to the MTD and his need for additional time; *or* (2) a complete Opposition that fully complies with the Local Rules, the Federal Rules of Civil Procedure, and this Court's scheduling order.

      *Alternatively*, if Petitioner concludes he is currently unable to comply with the deadlines necessary for prosecuting this action, Petitioner may discharge this Order and dismiss this case without prejudice by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

      **Petitioner is expressly cautioned that his failure to respond to this Order WILL result in a recommendation of dismissal based on Rule 41 of the Federal Rules of Civil Procedure and/or that the MTD be granted under Local Rule 7-12.**

      **IT IS SO ORDERED.**

                                                                                                     :

**Initials of Preparer**      gr