# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAZER FERNANDO LIMAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT OF ORANGE COUNTY, et al.,<br><br>　　　　　Respondents. | NO. SACV 25-00336 DSF (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, the Motion to Dismiss the Second Amended Petition, the Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein.  The time to file objections to the Report has passed and no objections have been filed.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that: (1) Respondents' Motion to Dismiss [DKT. NO. 12] is GRANTED; and (2) Judgment shall be entered dismissing this action without prejudice.

　　　　IT IS SO ORDERED.

DATED: October 27, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE