JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAZER FERNANDO LIMAS, | ) NO. SACV 25-00336 DSF (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| | ) |
| SUPERIOR COURT OF ORANGE COUNTY, et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 27, 2025

_____
DALE S. FISCHER
SENIOR UNITED STATES DISTRICT JUDGE